■ In the Matter of CHARLES MCALLISTER, Petitioner, v PATRICIA LECONEY, Superintendent, Cape Vincent Correctional Facility, Respondent. [919 NYS2d 413]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEREZ WATTS, Appellant. [919 NYS2d 414]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.